**John Kakes, Plaintiff-Appellee, v. Paul Anthony, Defendant-Appellant.**

**Gen. No. 48,572.**

First District, First Division.
February 25, 1963.

Leoris, of Chicago, for appellant; Leonard L. Levin, of Chicago (Irving S. Abrams, of Chicago, of counsel), for appellee. Opinion by MR. JUSTICE ENGLISH. **Not to be published in full.**